IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROOSEVELT BELCHER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:17-cv-90-TFM |
| | ) [wo] |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

# **ORDER**

Pending before the Court is *Plaintiff's Motion for Attorney Fees* and brief in support (Docs. 20-21, filed 5/9/18). It is hereby **ORDERED** that Defendant show cause on or before **May 25, 2018** why this motion should not be granted.

DONE this 10th day of May, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE